UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL STRONG, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>PRATT & WHITNEY DIVISION; QUEST GLOBAL SERVICES-NA, INC.; BELCAN LLC; CYIENT, INC.; PARAMETRIC SOLUTIONS, INC.; and AGILIS ENGINEERING, INC.,<br><br>            Defendants. | **CIVIL ACTION NO. 3:22-cv-00153-VLB** |

## NOTICE OF RELATED ACTIONS

Pursuant to Local Rule 40 of the Rules of Civil Procedure for the United States District Court, District of Connecticut, Plaintiff hereby notifies the Clerk of the following related actions in the District of Connecticut:

- *Granata v. Pratt & Whitney et al.,* No. 3:21-cv-01657, Judge Sarala V. Naala;

- *Conroy et al. v. Agilis Engineering, Inc. et al.*, No. 3:21-cv-01659, Judge Sarala V. Nagala;

- *Balicoco v. Pratt & Whitney et al.*, No. 3:21-cv-01673, Judge Sarala V. Nagala;

- *Kintz v. Agilis Engineering, Inc. et al.*, No. 3:21-cv-01674, Judge Sarala V. Nagala;

- *Chapman v. QuEST Global Services-NA, Inc. et al.*, No. 3:21-cv-01681, Judge Sarala V. Nagala;

- *Durbin v. Pratt & Whitney, Inc. et al.,* No. 3:21-cv-01682, Judge Sarala V. Nagala;

- *Powers v. Agilis Engineering, Inc. et al.,* No. 3:21-cv-01691, Judge Sarala V. Nagala;

- *Boodram v. Agilis Engineering, Inc. et al.,* No. 3:21-cv-01701, Judge Sarala V. Nagala;

- *Tucker v. Pratt & Whitney Division et al.,* No. 3:21-cv-01704, Judge Sarala V. Nagala;

- *Mamigonian v. Agilis Engineering, Inc., et al.,* No. 3:21-cv-01721, Judge Sarala V. Nagala;

- *Brooks-Bey et al. v. Raytheon Technologies Corporation et al.,* No. 3:21-cv-01723, Judge Sarala V. Nagala;

- *Lillie v. Agilis Engineering, Inc., et al.,* No.3:21-cv-01724, Judge Sarala V. Nagala;

- *Cydylo v. Agilis Engineering, Inc. et al.,* No. 3:21-cv-01730, Judge Sarala V. Nagala;

- *Renteria v. Agilis Engineering, Inc.,* No. 3:21-cv-01736, Judge Sarala V. Nagala;

- *McIsaac v. Quest Global Services NA, Inc. et al.,* No. 3:21-cv-01737, Judge Sarala V. Nagala;

- *Borozny et al. v. Agilis Engineering, Inc. et al.,* No.3:22-cv-00032, Judge Sarala V. Nagala;

- *Doe v. Raytheon Technologies Corporation et al.,* No. 3:22-cv-00035, Judge Sarala V. Nagala;

- *Lancaster et al. v. Agilis Engineering, Inc. et al.,* No. 3:22-cv-00051, Judge Sarah A.L. Merriam;

- *Waid-Jones v. Agilis Engineering, Inc., et al.,* No. 3:22-cv-00058, Judge Sarala V. Nagala;

- *Wilson et al. v. Raytheon Technologies Corporation et al.,* No. 3:22-cv-00062, Judge Sarala V. Nagala;

- *Dowe v. Quest Global Services NA, Inc. et al.*, No.3:22-cv-00063, Judge Sarah A.L. Merriam;

- *Gaskill et al.* v. *Agilis Engineering, Inc., et al.,* No.3:22-cv-00071, Judge Sarala V. Nagala;

- *Roe, et al. v. Agilis Engineering, Inc., et al.,* No. 3:22-cv-00086, Judge Janet Bond Arterton;

- *Ivaldi v. Agilis Engineering, Inc. et al.,* No. 3:22-cv-00097, Judge Sarala V. Nagala;

- *Leavitt v. Agilis Engineering, Inc. et al.,* No. 3:22-cv-00103, Judge Victor A. Bolden;

- *McMahon v. Agilis Engineering, Inc., et al.,* No. 3:22-cv-00115, Judge Omar A. Williams; and

- *Chapman et al. v. Cyient, Inc., et al.,* No. 3:22-cv-00166, Judge not assigned yet.

Dated:  January 28, 2022

By:/s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, Connecticut  06457
Telephone:  (860) 724-2160
Facsimile:  (860) 724-2161
Email: jms@aetonlaw.com

R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Tel. (415) 217-6810
rick@saveri.com
cadio@saveri.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, OH 44113
Tel. (216) 622-1851
dkaron@karonllc.com

*Counsel for Plaintiff Paul Strong and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 28[h] day of January, 2022.

                                                    /s/ Jonathan M. Shapiro ct24075
                                                  Jonathan M. Shapiro